149 A.3d 1292

## IN THE MATTER OF RICHARD F. KLINEBURGER, AN ATTORNEY AT LAW (ATTORNEY NO. 037671995)

December 2, 2016

## ORDER

This matter having been duly presented pursuant to *Rule* 1:20–10(b), following a granting of a motion for discipline by consent in

DRB 16–3 04 of **RICHARD F. KLINEBURGER** of **HADDON-FIELD,** who was admitted to the bar of this State in 1995;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.1(a)(gross neglect) and *RPC* 1.4(b)(failure to keep client reasonably informed about the status of the matter);

And the parties having agreed that respondent's conduct violated *RPC* 1.1(a) and *RPC* 1.4(b), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0385E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **RICHARD F. KLINEBURGER** of **HADDONFIELD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.